JS-6

# UNITED STATES DISTRICT COURT

# THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN WRITER, an individual,<br><br>       Plaintiff,<br><br>  v.<br><br>ALLSTATE INDEMNITY COMPANY, an Illinois Corporation; and DOES 1 to 50, inclusive,<br><br>       Defendants. | Case No.: 8:22-cv-00241-JLS(JDEx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL (Doc. 15)** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties (Doc. 15) and Federal Rule of Civil Procedure 41(a)(1)(ii), this matter is dismissed in full, with prejudice as to all claims, causes of action, and parties, with each party bearing his or its own attorneys' fees and costs.

Dated: June 13, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE